UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  									CHAPTER 13
RICHARD O. BERGESON
MAUREEN A. BERGESON						CASE NO. 08-74212

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Green Tree Servicing LLC    **Court claim #:** (if known) 1

**Last four digits** of any number used to identify the debtor's account: 9369

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $3876.88 (Per Creditor Proof of Claim) |
| Amount Paid by Trustee | $3360.55 (Per Confirmed Plan) |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan           ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/15/14                   /s/Fiona Whelan
                                  Fiona Whelan, Attorney for
                                  Lydia S. Meyer, Trustee
                                  308 W. State St., Suite 212
                                  Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of May, 2014.

Dated:  5/15/14                   /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL 60055-0049

GREEN TREE SERVICING
332 MINNESOTA ST., SUITE 610
ST. PAUL, MN  55101

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY, SD 57709-6154

RICHARD O. BERGESON
MAUREEN A. BERGESON
209 ROGERS WAY
SYCAMORE, IL  60178

MACEY BANKRUPTCY LAW PC
WILLIS TOWER
233 S. WACKER DR., SUITE 5150
CHICAGO, IL  60606